UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE MARIE COTTER and<br>JOHN ROBERT MACEY III, individually<br>and on behalf of all other persons<br>similarly situated,<br><br>    Plaintiffs,<br> v.<br><br>VERIZON NEW ENGLAND INC.<br><br>    Defendant. | Case No. 4:11-cv-40027-DPW |

**PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT
AND AWARD OF ATTORNEYS' FEES AND COSTS**

Pursuant to Fed. R. Civ. P. 23(e), 23(h) and 54(d), and for the reasons stated in the memorandum and declarations submitted herewith in support of this motion and Plaintiffs' memorandum in support of preliminary approval previously submitted to the Court, Plaintiffs respectfully request that the Court enter an order substantially in the form of Exhibit A hereto, granting final approval to the settlement of this action on the terms set forth in the Settlement Agreement and Release annexed hereto as Exhibit B (the "Settlement"), awarding attorneys' fees and costs, including costs to the Settlement Administrator, and awarding additional incentive compensation to the named Plaintiffs in recognition of the substantial roles they have played in the prosecution this Action.

This motion is made on the grounds that the Settlement represents a significant recovery, is fair, adequate and reasonable, and that the fees, costs, and incentive awards requested are fair and reasonable in light of Class Counsel's and Representative Plaintiffs' efforts and the applicable case law. Defendant does not oppose the granting of this motion and the relief sought herein.

WHEREFORE, Plaintiffs respectfully move this Court that an Order enter substantially

in the form of Exhibit A:

1. Approving the Settlement as fair, reasonable and adequate and granting Final Approval to the Settlement;

2. Ordering that incentive service awards of $9,000 to Plaintiff Diane Marie Cotter and $6,000 to Plaintiff John Robert Macey III, be paid out of the Settlement Fund, as provided in the Settlement Agreement;

3. Awarding attorneys' fees to Plaintiff's Counsel in the amount of $292,875 and costs of $36,321.40 to be paid out of the Settlement Fund to compensate them for the services they have rendered and will render in the future and the costs they have incurred and may incur in the future in connection with this matter; and

4. Authorizing the payment of $18,000 to Simpluris, Inc. out of the Settlement Fund to compensate it for the services it has rendered and will render in the future in administering the Settlement.

Dated: August 13, 2012                                   Respectfully Submitted,

**/s/ Thomas V. Urmy, Jr.**
Thomas V. Urmy, Jr. (BBO # 506620)
Rachel M. Brown (BBO # 667369)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
turmy@shulaw.com
rbrown@shulaw.com

## Local Rule 7.1 Certification

I hereby certify that I have conferred with Karen Whitley, counsel for Defendant, who indicated that Defendant does not oppose this motion or the relief sought herein.

**/s/ Thomas V. Urmy, Jr.**
Thomas V. Urmy, Jr.

## Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on August 13, 2012.

**/s/ Thomas V. Urmy, Jr.**
Thomas V. Urmy, Jr.